James E. HUTSELL and R.L. Harrison Trucking Company, Inc., Petitioners/Cross Respondents,

v.

William E. LANDSBERG, Guardian ad litem of minors Robert Joseph Skaggs, Thomas Lee Skaggs, William Joseph Skaggs, Cheril Lien Skaggs and Daniel James Skaggs, Respondents/Cross–Petitioners,

and

Robert H. Skaggs, Respondent.

No. 92SC250.

Supreme Court of Colorado.

Nov. 16, 1992.

Sherwin V. Wittman, II, Cynthia J. Hyman, Wittman & McCord, Colorado Springs, for James Hutsell.

Patty Jarzobski, Schaden, Lampert & Lampert, Denver, amicus curiae on behalf of Colorado Trial Lawyer Ass'n.

## ORDER OF COURT

Upon consideration of the Stipulated Motion to Dismiss Writ of Certiorari as to Judgment of Plaintiffs and Each of Them filed in the above cause with no Response submitted, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Stipulated Motion shall be, and the same hereby is, GRANTED.